### The President and Directors of the New-Windsor Turnpike Road v. Wilson.

FISK, in an action for running a road parallel to that of the corporation, in order to draw off and in-

Aug. Term,
1805.
jure the toll, moved to change the *venue* from *Orange* to *New-York*, on an affidavit stating that from the prejudices of the county against turnpike roads, an impartial trial could not be had.

*Per Curiam.* It is impossible to conceive, that in so large a county as *Orange*, twelve indifferent men cannot be obtained to try a cause against an individual, for his sole act. In such small counties as *Richmond*, where fishery rights are concerned, in which almost the whole community is interested, the general dispositions of the people may warrant the application ; but if it be allowed in the present instance, on every turnpike cause we shall have similar requests. Why not go into *Dutchess*, if it were necessary to take the trial to another county ? The present motion must be denied, though the reason on which it is founded, might be a good reason for asking a struck jury.